In the Matter of SANG KYU HWANG, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [967 NYS2d 497]—

Per Curiam.

Respondent was admitted to practice by this Court in 2007. He maintains a business address in Seoul, South Korea.

Respondent has failed to comply with a subpoena duces tecum which directed him to appear on March 1, 2013 for an examination under oath by petitioner and to produce records relevant to petitioner's investigation of an inquiry against him. Respondent has further failed to reply to petitioner's instant motion to suspend him from the practice of law, pending his full compliance with the subpoena (*see* 22 NYCRR 806.4 [b]). Under the circumstances, we grant petitioner's motion, effective 20 days from the date of this decision, pending respondent's full compliance with the subpoena and until further order of this Court (*see e.g. Matter of Anderson*, 77 AD3d 1277 [2010]; *Matter of McCormick*, 75 AD3d 1049 [2010]).

Lahtinen, J.P., Stein, McCarthy and Egan Jr., JJ., concur. Ordered that petitioner's motion is granted; and it is further ordered that respondent is suspended from the practice of law, effective 20 days from the date of this decision, pending his full compliance with the subpoena duces tecum dated January 28, 2013, and until further order of this Court; and it is further ordered that, for the period of suspension, respondent is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; and respondent is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further ordered that respondent

shall comply with the provisions of this Court's rules regulating the conduct of suspended attorneys (*see* 22 NYCRR 806.9).